DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCELLUS GARVIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-1180

[July 9, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. 062020CF008992A88810.

Marcellus Garvin, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***